# United States District Court
# For The Western District of North Carolina
# Statesville Division

| | |
|---|---|
| DAVID GLENN GREEN, | |
| Plaintiff(s), | JUDGMENT IN A CIVIL CASE |
| vs. | 5:05CV205 |
| UNITED STATES OF AMERICA, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/21/08 Order.

Signed: July 21, 2008

Frank G. Johns, Clerk
United States District Court